IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

|  |  |
|---|---|
| **DILIA LORENZANA MONZON,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-cv-286 |
| **GALI SERVICE INDUSTRIES, INC., and BOLANA CAPITOL ENTERPRISES, INC.** | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Bolana Capitol Enterprises, Inc. ("Bolana"), hereby files this Notice of Removal of this case from the District Court of Montgomery County, Maryland, Case No. 060100199112014, where it is currently pending, to the United States District Court for the District of Maryland. This case is removable pursuant to 28 U.S.C. § 1331, in that Plaintiff's claims, in whole or in part, arise under the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201, *et. seq.*, thus supplying federal question jurisdiction.

Bolana respectfully shows the Court as follows:

1.  On or about December 1, 2014, Dilia Lorenzana Monzon ("Plaintiff") initiated this action in the District Court of Montgomery County, Maryland, Case No. 060100199112014.

2.  Plaintiff claims to have served Bolana with the Complaint in this matter on January 2, 2015. True and correct copies of all process, pleadings and orders as served upon Bolana are attached hereto and incorporated herein by reference.

4.      Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. §1446(b), this Notice of Removal is filed within thirty (30) days after service of the initial pleading on which the aforesaid action is based.

5.      The United States District Court for the District of Maryland is a federal judicial district embracing the District Court of Montgomery County, Maryland, where this suit was originally filed.  Venue is therefore proper under 28 U.S.C. § 100.

6.      Count I of Plaintiff's Complaint alleges violations of the FLSA.

7.      29 U.S.C. § 216(b) provides that a claim for a violation of the FLSA may be filed "in any Federal or State court of competent jurisdiction . . . ."

8.      The Supreme Court has held that while FLSA claims may be filed in State court, such claims are nevertheless subject to removal to Federal court.  *See Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691 (2003).

9.      A copy of this Notice of Removal is being filed with the District Court of Montgomery County, Maryland, as provided by law, and written notice is being sent to Plaintiff's counsel.

10.     The prerequisites for removal under 28 U.S.C. § 1441 have been met.

11.     The allegations of this Notice are true and correct and this cause is removable to the United States District Court for the District of Maryland.

12.     Pursuant to 28 U.S.C. § 1446(b)(2)(C), the other defendant to this action, Gali Service Industries, Inc., consents to the removal of this action.

13.     If any question arises as to the propriety of the removal of this action, Bolana respectfully requests the opportunity to present a brief and oral argument in support of its position that this cause is removable.

- 3 -

14. While Bolana has filed this Notice of Removal with this Court and the District Court of Montgomery County, Maryland, Bolana does not concede that either Court has jurisdiction over it.

**WHEREFORE,** Bolana, by and through its counsel, and through the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the District Court of Montgomery County, Maryland, effects the removal of said civil action to this Honorable Court.

Respectfully submitted,

Dated:  February 2, 2015

*/s/ Jonathan G. Rose*
*/s/ Richard S. Siegel*
Jonathan G. Rose (Bar No. 15138)
Richard S. Siegel (Bar No. 17318)
Alston & Bird LLP
950 F Street, N.W.
Washington, DC  20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
jonathan.rose@alston.com
richard.siegel@alston.com
*Counsel for Defendants*
*Gali Service Industries, Inc. and*
*Bolana Capitol Enterprises, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day, February 2, 2015, served Plaintiff with a true and correct copy of the within and foregoing **NOTICE OF REMOVAL OF CIVIL ACTION** via U.S. Mail, addressed as follow:

> Mary Craine Lombardo
> Stein Sperling Bennett De Jong Driscoll PC
> 25 West Middle Lane
> Rockville, MD  20850
> *Attorneys for Plaintiff*

                */s/ Richard S. Siegel*
                Richard S. Siegel