# DISTRICT COURT OF MARYLAND FOR Montgomery County

LOCATED AT (COURT ADDRESS)
191 East Jefferson St., Rockville, Maryland 20850

**CASE NO.** CV

## COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

☐ $5,000 or under   ☐ over $5,000   ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

See attached continuation sheet.

### PARTIES

**Plaintiff**
Dilia Lorenzana Monzon
3317 Chauncey Place, Apt. 101
Mount Rainier, Maryland 20712

**VS.**

**Defendant(s):**

1. Gali Services Industries, Inc.
   12312 Wilkins Avenue
   Rockville, Maryland 20852
   Serve by: ☐ Certified Mail  ☒ Private Process  ☐ Constable  ☐ Sheriff

X Serve: CT Corporation System
   1015 15th Street, NW
   Suite 1000
   Washington, DC 20005
   Serve by: ☐ Certified Mail  ☐ Private Process  ☐ Constable  ☐ Sheriff

3. Bolana Capitol Enterprises, Inc.
   4645 Nannie Helen Burroughs Avenue, NE
   Suite 260
   Washington, DC 20019
   Serve by: ☐ Certified Mail  ☒ Private Process  ☐ Constable  ☐ Sheriff

X Serve: Deborah Jones, Resident Agent
   4016 Martin Luther King Jr. Avenue, SW
   Washington, DC 20032
   Serve by: ☐ Certified Mail  ☐ Private Process  ☐ Constable  ☐ Sheriff

(See Continuation Sheet)

The Plaintiff claims $ 18,689.85, plus interest of $ TBD, Interest at the ☒ legal rate ☐ contractual rate calculated at ____ %, from ____ to ____ (____ days x $____ per day) and attorney's fees of $ TBD plus court costs.

☐ Return of the property and damages of $ ____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ ____ for its detention in action of detinue.
☐ Other: ____

and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Printed Name: Mary Craine Lombardo
Address: 25 West Middle Lane, Rockville, Maryland 20850
Telephone Number: 301-340-2020
Fax: 301-354-8126
E-mail: mlombardo@steinsperling.com

### ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code
Mary Craine Lombardo (9082)
Stein Sperling Bennett De Jong Driscoll PC
25 West Middle Lane
Rockville, Maryland 20850
(301) 340-2020

RECEIVED 2014 NOV 26 PM 3:33 DISTRICT COURT #6

### MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ Name _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: ____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☒ I am unable to determine whether or not any Defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date: Nov. 26, 2014

Signature of Affiant

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ ____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ ____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date ____   Signature of Affiant

DC-CV-001 (front) (Rev. 09/2014)

## NOTICE TO DEFENDANT

### Before Trial

**If you agree that you owe the Plaintiff the amount claimed,** you may contact the Plaintiff (or Plaintiff's attorney) before the trial date to arrange payment. **If you wish to contest the claim,** you should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the Court to consider. **If you do nothing,** a judgment could be entered against you.

### If Judgment is Entered Against You (If You Lose)

**IF YOU DISAGREE WITH THE COURT'S RULING,** you may:

1. **APPEAL** to the Circuit Court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees, DCA-109A), unless the Court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:
   - **more than $5,000**, you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure, DCA-027BR).
   - **$5,000 or less**, you will have a new trial in the Circuit Court.

   On your trial date you should bring with you any evidence that you want the Court to consider.

2. File a **MOTION FOR A NEW TRIAL** within **10 days** after the entry of judgment, stating your reasons clearly. If the Court denies your Motion, you may still file an appeal; if the Court grants your Motion, you must appear in the District Court for a new trial.

3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within **10 days** after entry of judgment.

4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within **30 days** after entry of judgment.

**IF YOU DECIDE NOT TO APPEAL AND NOT TO FILE ONE OF THE ABOVE MOTIONS,** you may contact the Plaintiff or Plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the Plaintiff or Plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories:** You must answer these written questions about your income and assets in writing under penalties of perjury.

2. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.

3. **Writ of Execution:** The Court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form, DC-CV-040. Further, the Court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.

4. **Garnishment of Property:** The Court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.

5. **Garnishment of Wages:** The Court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

**If you have any questions, you should consult an attorney. The clerk of the Court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html.**

### NOTICE TO PLAINTIFF

1. If the Court enters a judgment for a sum certain, you have the right to file for a lien on real property.

2. If you disagree with the outcome of the case, you have the same post-trial rights as the Defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC-CV-001 (back) (Rev. 09/2014)